UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re. Corey Van Nguyen                    :        No. 24-13463-PMM
                                           :
                Debtor(s).                 :        Chapter 13

ORDER ON MOTION FOR EXTENSION OF TIME

AND NOW, this __15th__ day of ____October____, 2024, it is hereby ORDERED

that Debtor(s) shall have until October 26, 2024 to file the balance of the Petition and related

documents in the above-captioned matter.


BY THE COURT:

_____
Patricia M. Mayer
U.S. Bankruptcy Judge