UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>    Corey Van Nguyen<br><br><br>              Debtor | Chapter 13<br>Bankruptcy No.24-13463-PMM |

### CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 26th day of February, 2025, by first class mail upon those listed below:


Corey Van Nguyen
1111 Wynnewood Drive
Northampton, PA  18067

**Electronically via CM/ECF System Only:**

DAVID W TIDD ESQ
200 SPRING RIDGE DR, STE 100
WYOMISSING, PA  19610


                                                    */s/ Kristen Gliem*
                                                    Kristen Gliem
                                                    for
                                                    Scott F. Waterman, Esquire
                                                    Standing Chapter 13 Trustee