UNITED STATES BAKRUPTCT COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re.  Corey Van Nguyen,                              :
                                                       :        24-13463-pmm
        Debtor.                                  :
                                                       :        Chapter 13

## MOTION TO VACATE

    Debtor hereby moves this Honorable Court to vacate its June 9, 2025 Order granting relief from the automatic stay to Lakeview Loan Servicing, LLC and in support thereof avers as follows:

    1.    Debtor filed the above-captioned case on September 26, 2024; confirmation of the Chapter 13 Plan is pending.

    2.    Lakeview Loan Servicing, LLC filed for relief from stay on May 14, 2025 alleging that no payment had been received since February 2025.

    3.    While Debtor's March payment was late, it was nonetheless sent.  Lakeview ceased accepting payments, including the March payment, after the arch payment became late.

    4.    Debtor has, and always did have, all payments as they became due from March onward.

    WHEREFORE, Debtor requests this Court vacate it's Order granting relief from stay.

                Respectfully submitted,

July 3, 2025                      /s/ David W. Tidd
                                    David W. Tidd, Esquire
                                    PA ID 88203
                                    200 Spring Ridge Drive
                                    Suite 200
                                    Wyomissing, PA 19610
                                    Phone: 610-838-8700
                                    Email: bankruptcy@davidtiddlaw.com