UNITED STATES BAKRUPTCT COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re.  Corey Van Nguyen,                    :
                                             :      24-13463-pmm
           Debtor.               :
                                             :      Chapter 13


NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE


      Debtor has filed a Motion for Vacate.

      1.    Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney).

      2.    If you do not want the court to grant the relief sought in the Motion or if you want the court to consider your views on the Motion, then on or before July 23, 2025, you or your attorney must file a response to the Motion. (*see Instructions on next page*).

      3.    A hearing on the Motion is scheduled to be held at 11:00 a.m. on July 24, 2025 in the 4th Floor Courtroom, The Gateway Building, 201 Penn Street, 4th Floor, Reading, PA 19601.  Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing.

      4.    If you do not file a response to the Motion, the court may cancel the hearing and enter an order granting the relief requested in the Motion.

      5.    You may contact the Bankruptcy Clerk's office for Philadelphia cases at (215) 408-2800 and for Reading cases at 610-208-5040 to find out whether the hearing has been canceled because no one filed a response.

      6.    If a copy of the motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney whose name and address is listed on the next page of this Notice.

**Continued on next page**

## **Filing Instructions**

7. If you are required to file documents electronically by Local Bankruptcy Rule 5005-1, you must file your response electronically.

8. If you are not required to file electronically, you must file your response at:

>201 Penn Street, Suite 103
>Reading, PA 19601
>Telephone: 610-208-5040
>Hours: 9:00 A.M. to 4:00 P.M.

9. If you mail your response to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 on the previous page of this Notice.

>David W. Tidd, Esquire
>200 Spring Ridge Drive
>Suite 200
>Wyomissing, PA 19610
>Phone: 610-838-8700
>Fax:    610-743-8676
>Email: bankruptcy@davidtiddlaw.com

July 3, 2025