### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Corey Van Nguyen <br> _Debtor_ | CHAPTER 13 |
| Lakeview Loan Servicing, LLC <br> _Moving Party_ <br> vs. <br> Corey Van Nguyen <br> _Debtor_ | NO. 24-13463 PMM |
| Scott F. Waterman <br> _Trustee_ | 11 U.S.C. Section 362 |

### **ORDER**

AND NOW, this **22nd** day of **August**, 2025 at Reading, upon consideration of this Stipulation, it is hereby ORDERED that:

The Court grants approval of the Stipulation executed by all parties. However, the Court retains discretion regarding entry of any further order.

_/s/ Patricia M. Mayer_
Hon. Patricia M. Mayer
United States Bankruptcy Judge