| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
### Chapter 13 Case No. 24-13463-PMM

Corey Van Nguyen
1111 Wynnewood Drive
Northampton  PA    18067

Petition Filed Date: 09/26/2024
341 Hearing Date: 12/17/2024
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 12/26/2024 | $565.00 | | 12/27/2024 | $565.00 | | 01/02/2025 | $565.00 | |
| 01/28/2025 | $565.00 | | 03/06/2025 | $565.00 | | 04/07/2025 | $565.00 | |
| 05/02/2025 | $565.00 | | 06/02/2025 | $565.00 | | 06/30/2025 | $565.00 | |

**Total Receipts for the Period: $5,085.00    Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $5,650.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | DAVID W TIDD ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | NELNET<br>»»  001 | Unsecured Creditors | $87,924.64 | $0.00 | $0.00 |
| 2 | LANDMARK STRATEGY GROUP, LLC<br>»»  002 | Unsecured Creditors | $1,279.41 | $0.00 | $0.00 |
| 3 | US DEPARTMENT OF HUD<br>»»  003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  004 | Unsecured Creditors | $592.63 | $0.00 | $0.00 |
| 5 | NARIEN GROVER, MD<br>»»  005 | Unsecured Creditors | $1,666.80 | $0.00 | $0.00 |
| 6 | LVNV FUNDING LLC<br>»»  006 | Unsecured Creditors | $455.68 | $0.00 | $0.00 |
| 7 | TD BANK USA NA<br>»»  007 | Unsecured Creditors | $641.26 | $0.00 | $0.00 |
| 8 | M&T BANK<br>»»  008 | Mortgage Arrears | $2,681.57 | $0.00 | $0.00 |

Chapter 13 Case No. 24-13463-PMM

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $5,650.00 | Current Monthly Payment: | $565.00 |
| Paid to Claims: | $0.00 | Arrearages: | $565.00 |
| Paid to Trustee: | $409.65 | Total Plan Base: | $33,900.00 |
| Funds on Hand: | $5,240.35 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.