United States Bankruptcy Court
Eastern District of Pennsylvania

In re:     Case No. 24-13463-pmm
Corey Van Nguyen     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 3
Date Rcvd: Oct 23, 2025     Form ID: pdf900     Total Noticed: 35

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 25, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Corey Van Nguyen, 1111 Wynnewood Drive, Northampton, PA 18067-8711 |
| 14930868 | | 12 WEBBANK, 1800 2nd St, Sarasota, FL 34236-5946 |
| 14930874 | | Drexel Univ, Drexel Univ, Ofc, Philadelphia, PA 19104 |
| 14930876 | | Hamilton Law Group, PO Box 90301, Allentown, PA 18109-0301 |
| 14930879 | | Lehigh Valley Fam Co Hlaw, PO Box 90301, Allentown, PA 18109-0301 |
| 14956374 | + | Narien Grover, MD i/t/a Lehigh Valley Family Pract, PO Box 90301, Allentown, PA 18109-0301 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Oct 24 2025 00:36:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 24 2025 00:36:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14930870 | | Email/PDF: AffirmBKNotifications@resurgent.com | Oct 24 2025 00:45:37 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 14930869 | | Email/PDF: AffirmBKNotifications@resurgent.com | Oct 24 2025 00:45:55 | Affirm, Inc., 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 14930871 | | Email/PDF: creditonebknotifications@resurgent.com | Oct 24 2025 00:45:32 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 14930872 | | Email/PDF: creditonebknotifications@resurgent.com | Oct 24 2025 00:45:59 | Credit One Bank, Attn: Bankruptcy Department, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 14930873 | | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Oct 24 2025 00:36:00 | Dept of Education/Neln, PO Box 82561, Lincoln, NE 68501-2561 |
| 14930875 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Oct 24 2025 00:36:00 | Gm Financial, 801 Cherry St, Ste 3600, Fort Worth, TX 76102-6855 |
| 14930878 | | Email/Text: bankruptcy@kikoff.com | Oct 24 2025 00:35:00 | Kikoff, Attn: Bankruptcy, 75 Broadway, Ste 226, San Francisco, CA 94111-1458 |
| 14930877 | + | Email/Text: bankruptcy@kikoff.com | Oct 24 2025 00:35:00 | Kikoff, 75 Broadway, San Francisco, CA 94111-1423 |
| 14938149 | | Email/Text: bncmail@w-legal.com | Oct 24 2025 00:36:00 | Landmark Strategy Group, LLC, C/O Weinstein & Riley, P.S., 749 GATEWAY, SUITE G-601, ABILENE, TX 79602 |
| 14956611 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 24 2025 00:35:15 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14934298 | ^ | MEBN | Oct 24 2025 00:29:33 | Lakeview Loan Servicing, LLC, C/O KML Law Group, 701 Market Street Suite 5000, |

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 23, 2025 | Form ID: pdf900 | Total Noticed: 35 |

| | | | |
|---|---|---|---|
| 14957055 | ^ MEBN | Oct 24 2025 00:29:29 | Philadelphia, PA. 19106-1541<br>Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14930881 | Email/Text: camanagement@mtb.com | Oct 24 2025 00:36:00 | M & T Bank, Attn: Bankruptcy, PO Box 844, Buffalo, NY 14240-0844 |
| 14930880 | Email/Text: camanagement@mtb.com | Oct 24 2025 00:36:00 | M & T Bank, PO Box 900, Millsboro, DE 19966-0900 |
| 14930882 | Email/Text: bankruptcy@oliphantfinancial.com | Oct 24 2025 00:36:00 | Oliphant USA, 1800 2nd St, Sarasota, FL 34236-5946 |
| 14930883 | Email/Text: bankruptcy@oliphantfinancial.com | Oct 24 2025 00:36:00 | Oliphant USA, Attn: Bankruptcy, 1800 2nd St, Ste 603, Sarasota, FL 34236-5990 |
| 14947691 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 24 2025 00:34:38 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 14930885 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 24 2025 00:46:42 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 14930884 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 24 2025 00:45:43 | Portfolio Recov Assoc, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 14930886 | Email/Text: bankruptcy@self.inc | Oct 24 2025 00:36:00 | Self Financial, Inc., 901 E 6th St, Austin, TX 78702-3206 |
| 14930887 | + Email/Text: bankruptcy@self.inc | Oct 24 2025 00:36:00 | Self Financial, Inc., Attn: Bankruptcy, 515 Congress Ave, Ste 1550, Austin, TX 78701-3539 |
| 14930888 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 24 2025 00:47:12 | Synchrony Bank, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 14957015 | Email/Text: bncmail@w-legal.com | Oct 24 2025 00:36:00 | TD Bank USA, N.A., C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101 |
| 14930889 | Email/Text: bncmail@w-legal.com | Oct 24 2025 00:36:00 | Target Nb, PO Box 673, Minneapolis, MN 55440-0673 |
| 14930890 | Email/Text: bncmail@w-legal.com | Oct 24 2025 00:36:00 | Target Nb, C/O Financial & Retail Services Mailstop, PO Box 9475, Minneapolis, MN 55440-9475 |
| 14941036 | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Oct 24 2025 00:46:38 | U.S. Department of Housing and Urban Development, 801 Market Street, The Strawbridge Building, 12th Floor, Philadelphia, PA 19107 |
| 14931145 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Oct 24 2025 00:36:00 | US Department of Education c/o Nelnet, 121 South 13th Street, Lincoln, NE 68508-1904 |

TOTAL: 29

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

District/off: 0313-4 | User: admin | Page 3 of 3
Date Rcvd: Oct 23, 2025 | Form ID: pdf900 | Total Noticed: 35

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2025          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 23, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DAVID W. TIDD | on behalf of Debtor Corey Van Nguyen bankruptcy@davidtiddlaw.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com |
| MATTHEW K. FISSEL | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:

    Corey Van Nguyen

                  Debtor

Chapter 13

Bankruptcy No. 24-13463-PMM

ORDER DISMISSING CHAPTER 13 CASE

    AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

    IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: October 23, 2025**

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE